**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2109**

_____

CARLOS KINLAW,

　　　　　Plaintiff – Appellant,

　　and

GOD SENT TRANSPORT LLC,

　　　　　Plaintiff,

　　　v.

LOWES HOME CENTER INC.; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; JOSEPH P. TOBIN, M.D.; JON HYMAN, M.D. P.C.; RICHARD J. FRIEDMAN, M.D.; MCANGUS GOUDELOCK & COURIE, LLC; BRIAN O'KEEFE; FLETCHER M. JOHNSON; ERIN L. HANTSKE,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort.　David C. Norton, District Judge. (9:14-cv-02815-DCN)

_____

Submitted:　December 16, 2014　　Decided:　December 18, 2014

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Carlos Kinlaw, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Kinlaw appeals the district court's order accepting the recommendation of the magistrate judge and summarily dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kinlaw v. Lowes Home Ctr., Inc., No. 9:14-cv-02815-DCN (D.S.C. Sept. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED